UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABET JUSTICE, LLC, et al., | ) | |
|                         Plaintiffs, | ) | Case No. 2:13-cv-02082-MMD-PAL |
| vs. | ) | **ORDER** |
| AMERICA FIRST CREDIT UNION, et al., | ) | |
|                         Defendants. | ) | |

This matter is before the court on Plaintiff Abet Justice LLC's failure to designate counsel of record authorized to appear in this action on its behalf. A corporation cannot appear except through counsel. *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993). Accordingly,

**IT IS ORDERED** that:

1. Plaintiff Abet Justice LLC shall designate counsel of record authorized to appear in this action on its behalf **no later than 4:00 p.m., February 14, 2014.** In the event Plaintiff Abet Justice LLC fails to timely comply with this court's order, sanctions up to and including dispositive sanctions may be imposed for failure to comply.

2. Once counsel for Abet Justice LLC appears in this matter, the parties shall have two weeks in which to meet and/or confer as required by Fed. R. Civ. P. 26(f) and file a mandatory stipulated discovery plan and scheduling order.

Dated this 31st day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge